UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re: Timothy Kelton Rishel III         Case no. 20-42515
       Chapter 7
       Debtor.        Hon. Thomas J. Tucker
_____/

**DEBTOR'S *EX-PARTE* MOTION TO DEFER ENTRY OF DISCHARGE**

Pursuant to Fed. R. Bankr. P. 4008(a), the undersigned requests that this Court issue an order deferring entry of a Discharge pursuant to 11 U.S.C. 727 until July 29, 2020, to allow the Debtors additional time to file a reaffirmation agreement.

Dated: June 29, 2020        /s/ Thomas P. Riley
       Thomas P. Riley (P76370)
       Thomas P. Riley Law Office, PLC
       Attorney for the Debtor
       500 W. Michigan Ave., Ste. 1
       Jackson MI 49201
       (517) 787-2196
       Thomas@ThomasRileyLaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re: Timothy Kelton Rishel III        Case no. 20-42515
                                        Chapter 7
                    Debtor.             Hon. Thomas J. Tucker
_____/

**ORDER ON DEBTOR'S *EX-PARTE* MOTION TO DEFER ENTRY OF DISCHARGE**

     Pursuant to Fed. R. Bankr. P. 4008(a), entry of a Discharge order pursuant to 11 U.S.C. 727 is deferred until July 29, 2020, to allow the Debtors additional time to file a reaffirmation agreement.

**EXHIBIT A**